# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SOLA, an individual, DELIA SOLA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FDIC AS RECEIVER FOR INDYMAC BANK, F.S.B. AND CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB IN THE PLACE AND STEAD OF INDYMAC FEDERAL BANK, FSB (SUED AS INDYMAC BANK, a corporation), et al.,<br><br>Defendants. | Case No.: 3:09-CV-00741-BTM-NLS<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS FDIC, EXCLUSIVE REALTY & MORTGAGE, INC and, ARLENE EBALLAR VILLAFLOR TO FILE RESPONSIVE PLEADINGS** |

Upon joint motion and good cause appearing, the Court orders that Defendants shall have until July 15, 2009 to file responsive pleadings to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: May 13, 2009          By: _____
                                                   HON. BARRY TED MOSKOWITZ,
                                                   District Judge
                                                   UNITED STATES DISTRICT COURT